# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

———————————————

ANESHA RENEE PARKER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-1439

———————————————

October 17, 2025

Appeal from the County Court for Hillsborough County; Richard A. Weis, Judge.

Blair Allen, Public Defender, and Matthew J. Salvia, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Cerese Crawford Taylor, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

    Affirmed.

SILBERMAN, SLEET, and LABRIT, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.